UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

| | |
|---|---|
| General Oil Co., Inc., <br> a Florida corporation <br>       Plaintiff, <br>       V. <br> Regions Bank, <br> an Alabama corporation <br>       Defendant. | ) <br> ) <br> ) <br> ) Case No.  6:25-cv-00119-PGB-UAM <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Courts and all parties of record

I am admitted or otherwise authorized to practice in this court, and appear in this case as Counsel for:

General Oil Co., Inc.,

Date: 03/04/2025

                                  /s/David Aronberg_____
                                  David Aronberg
                                  Fla. Bar. No. 090565

                                  Dave Aronberg Law, P.A.
                                  515 N. Flagler Dr., Suite 402
                                  West Palm Beach, FL  33401
                                  dave@davearonberglaw.com
                                  (561)765-5555